1
2
3
4
5
6
7
8
### IN THE UNITED STATES DISTRICT COURT
9
### FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  TRUSTEES OF THE WESTERN                    CASE NO. CV F 12-1886 LJO SKO
    STATES INCOME SECURITY FUND
12  etc.,                                      **ORDER TO DISMISS DEFENDANT**
                                               (Doc. 16.)
13                     Plaintiff,

14          vs.

15  JOHN DAVID BLANCHFIELD, et al.,

16                     Defendants.
                                          /
17

18          Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court

19  DISMISSES without prejudice defendant John David Blanchfield only from this action.  The clerk is

20  directed NOT to close this action.

21          IT IS SO ORDERED.

22  **Dated:   February 13, 2013          /s/  Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

1