# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE WESTERN STATES INCOME SECURITY FUND etc., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DAVID BLANCHFIELD, et al., <br><br> Defendants. | CASE NO. CV F 12-1886 LJO SKO <br><br> **ORDER TO DISMISS DEFENDANT** <br> (Doc. 16.) |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice defendant John David Blanchfield only from this action. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated:   February 13, 2013           /s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

1