CATHERINE E. AROSTEGUI, SBN 118756
VISHTASP M. SOROUSHIAN, SBN 278895
**BEESON, TAYER & BODINE, APC**
483 Ninth Street, Suite 200
Oakland, CA  94607-4051
Telephone:     (510) 625-9700
Facsimile:      (510) 625-8271
Email:            VSoroushian@beesontayer.com

Attorneys for Plaintiff
*TRUSTEES OF THE WESTERN STATES INCOME SECURITY FUND and GRAPHIC COMMUNICATIONS INTERNATIONAL UNION EMPLOYER RETIREMENT FUND*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AT FRESNO

| | |
|---|---|
| TRUSTEES OF THE WESTERN STATES INCOME SECURITY FUND and GRAPHIC COMMUNICATIONS INTERNATIONAL UNION EMPLOYER RETIREMENT FUND, <br><br>Plaintiff, <br><br>v. <br><br>JOHN BLANCHFIELD, individually, and CA-JON, INC., doing business as Peerless Printers, <br><br>Defendant. | Case No. 1:12-CV-01886-LJO-SKO <br><br>**STIPULATION FOR ENTRY OF JUDGMENT AND ORDER** |

Plaintiffs TRUSTEES OF THE WESTERN STATES INCOME SECURITY FUND ("Western States") and GRAPHIC COMMUNICATIONS INTERNATIONAL UNION EMPLOYER RETIREMENT FUND ("GCIU") (collectively "Plaintiffs") and Defendants JOHN DAVID BLANCHFIELD, individually, and CA-JON, INC., doing business as Peerless Printers ("Defendants") stipulate and agree that the Court may render judgment in favor of Plaintiffs and against Defendants in the amounts set forth by and pursuant to the terms of the respective Settlement Agreements and Payments Plans ("Settlement Agreements") hereby referred to as Exhibits 1 and 2 and incorporated by reference into this Stipulation for Entry of Judgment and Order ("Stipulation").

1 | IT IS FURTHER STIPULATED and agreed by the parties that if, for any reason, any payment under the terms of this Stipulation is not made within ten (10) days of its due date as is required by the Settlement Agreements, the Plaintiffs shall, at their option, execute on the entire amount of the Judgment, less any payments already made by the Defendants to the Plaintiffs.

Dated: April 5, 2013

Respectfully Submitted,
BEESON, TAYER & BODINE, APC

By:   /s/ Vistasp M. Soroushian
CATHERINE E. AROSTEGUI
VISHTASP M. SOROUSHIAN
Attorneys for TRUSTEES OF THE WESTERN STATES INCOME SECURITY FUND and GRAPHIC COMMUNICATIONS INTERNATIONAL UNION EMPLOYER RETIREMENT FUND

Dated: April 5, 2013

By:   /s/ John Blanchfield
JOHN BLANCHFIELD
*In pro per*, on behalf of JOHN BLANCHFIELD, individually, and CA-JON, INC., doing business as Peerless Printers

### ORDER AND JUDGMENT

This Court ENTERS this order and judgment based on the parties' above stipulation and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **April 5, 2013**           /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE