CATHERINE E. AROSTEGUI, SBN 118756
VISHTASP M. SOROUSHIAN, SBN 278895
**BEESON, TAYER & BODINE, APC**
483 Ninth Street, Suite 200
Oakland, CA  94607-4051
Telephone:    (510) 625-9700
Facsimile:     (510) 625-8275
Email:           vsoroushian@beesontayer.com

Attorneys for Plaintiff
*TRUSTEES OF THE WESTERN STATES INCOME SECURITY FUND and*
*GRAPHIC COMMUNICATIONS INTERNATIONAL UNION EMPLOYER RETIREMENT FUND*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AT FRESNO

| | |
|---|---|
| TRUSTEES OF THE WESTERN STATES INCOME SECURITY FUND and GRAPHIC COMMUNICATIONS INTERNATIONAL UNION EMPLOYER RETIREMENT FUND,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DAVID BLANCHFIELD, individually, and CA-JON, INC., doing business as Peerless Printers,<br><br>Defendant. | Case No. 1:12-CV-01886-LJO-SKO<br><br>**ORDER GRANTING MOTION TO EXTEND TIME FOR FILING DISPOSITIONAL PAPERS**<br><br>Judge:              Hon. Lawrence J. O'Neill<br>Complaint Filed:  November 16, 2012<br>Trial Date: |

Pursuant to this Court's Order After Settlement dated April 3, 2013, Plaintiffs Trustees of the Western States Income Security Fund and Graphic Communications International Union Employer Retirement Fund timely filed a Motion to Extend Time for Filing Dispositional Papers ("Motion"). Plaintiffs demonstrate that good cause exists to keep this case open for an additional thirty days because, to date, Defendants have failed to make the initial installment payment owing pursuant to the parties' Settlement Agreements and Payment Plans ("Agreements") filed with this Court on April 2, 2013, along with the Notice of Settlement.  By the terms of the Agreements, the initial installment payment was due on April 5, 2013, and the next installment payment is due May 5, 2013.

**PROOF OF SERVICE**
Case No. 1:12-CV-01886-LJO-SKO

12cv1886.extension.glg

1      Having considered Plaintiffs' Motion and supporting declaration, the Court finds good cause
2 to grant Plaintiffs' Motion and hereby does so. (F.R.C.P., Rule 16(b)(4), L.R. 160(b).)  Accordingly,
3 the Court will not dismiss this case and will keep it open until no later than June 3, 2013.
4
5
6 IT IS SO ORDERED.
7    Dated:   **May 2, 2013**                             **/s/ Lawrence J. O'Neill**
8                                                          UNITED STATES DISTRICT JUDGE