1   CATHERINE E. AROSTEGUI, SBN 118756
    VISHTASP M. SOROUSHIAN, SBN 278895
2   **BEESON, TAYER & BODINE, APC**
    483 Ninth Street, Suite 200
3   Oakland, CA  94607-4051
    Telephone:     (510) 625-9700
4   Facsimile:     (510) 625-8275
    Email:          vsoroushian@beesontayer.com
5

6   Attorneys for Plaintiff
    *TRUSTEES OF THE WESTERN STATES INCOME SECURITY FUND and*
7   *GRAPHIC COMMUNICATIONS INTERNATIONAL UNION EMPLOYER RETIREMENT FUND*

8

9                          **UNITED STATES DISTRICT COURT**

10                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11                                   **AT FRESNO**

12   TRUSTEES OF THE WESTERN STATES          | Case No. 1:12-CV-01886-LJO-SKO
     INCOME SECURITY FUND and GRAPHIC
13   COMMUNICATIONS INTERNATIONAL            | **ORDER GRANTING MOTION TO**
     UNION EMPLOYER RETIREMENT FUND,         | **EXTEND TIME FOR FILING**
14                                           | **DISPOSITIONAL PAPERS**
                              Plaintiff,
15                                           | Judge:          Hon. Lawrence J.
                                             |                 O'Neill
          v.                                 | Complaint Filed: November 16, 2012
16                                           | Trial Date:
     JOHN DAVID BLANCHFIELD, individually,
17   and CA-JON, INC., doing business as Peerless
     Printers,
18
                              Defendant.
19

20          Pursuant to this Court's Order After Settlement dated April 3, 2013, Plaintiffs Trustees of the

21   Western States Income Security Fund and Graphic Communications International Union Employer

22   Retirement Fund timely filed a Motion to Extend Time for Filing Dispositional Papers ("Motion").

23   Plaintiffs demonstrate that good cause exists to keep this case open for an additional thirty days

24   because, to date, Defendants have failed to make the initial installment payment owing pursuant to

25   the parties' Settlement Agreements and Payment Plans ("Agreements") filed with this Court on April

26   2, 2013, along with the Notice of Settlement.  By the terms of the Agreements, the initial installment

27   payment was due on April 5, 2013, and the next installment payment is due May 5, 2013.

28

1

2   Having considered Plaintiffs' Motion and supporting declaration, the Court finds good cause

3   to grant Plaintiffs' Motion and hereby does so. (F.R.C.P., Rule 16(b)(4), L.R. 160(b).)  Accordingly,

4   the Court will not dismiss this case and will keep it open until no later than June 3, 2013.

5

6   IT IS SO ORDERED.

7       Dated:    **May 2, 2013**                    **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28